**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**PAUL HARRIS**                                                        **PLAINTIFF**
*ADC #154185*

**v.**                          **CASE NO. 2:26-CV-00022-BSM**

**DAVIS,** *et al.*                                                        **DEFENDANTS**

## <u>ORDER</u>

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 10] is adopted, and Paul Harris may proceed only on his excessive force claim against defendants Newson and Watson.  Harris's remaining claims, as well as defendants Davis, White, Grime, Hawks, and Lane are dismissed without prejudice.  The clerk is directed to update the case style accordingly.

IT IS SO ORDERED this 29th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE