**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

PAUL HARRIS                                    *
ADC #154185,                                   *
                                               *
              Plaintiff,                        *
v.                                             *              No. 2:26-cv-00022-JJV
                                               *
DAVIS,                                         *
East Arkansas Regional Unit, *et al.*,          *
                                               *
              Defendants.                       *

**<u>JUDGMENT</u>**

Consistent with the Memorandum and Order that was entered this day and the Court's prior Orders, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are DISMISSED, and this case is CLOSED. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 24th day of July 2026.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE